IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERRICK M. STANBERRY, )<br>#209 119, )<br> )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>GOV. KAY IVEY, et al., )<br> )<br>   Defendants. ) | CASE NO. 2:21-CV-59-RAH-SMD |

## **ORDER**

On May 12, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 10.) Upon an independent review of the record, it is

   ORDERED as follows:

   1. The Magistrate Judge's Recommendation is ADOPTED;

   2. This case is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii).

   3. All pending motions are DENIED.

   Final Judgment will be entered separately.

   DONE, on this the 15th day of June, 2021.

                                 /s/ R. Austin Huffaker, Jr.
                              R. AUSTIN HUFFAKER, JR.
                              UNITED STATES DISTRICT JUDGE